**Don Louis BARKER, Jr., Petitioner–Appellant,**

v.

**Robert SPANGLER, Acting Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

**No. 00–7790.**

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 17, 2001.

cases on collateral review. Accordingly, Appellant's *Apprendi* claim is not cognizable.

Don Louis Barker, Jr., pro se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Don Louis Barker, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Barker v. Spangler*, No. CA–00–2625–MJG (D.Md. Nov. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*